UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

SETH D. HARRIS[1], Acting Secretary of Labor,  :
United States Department of Labor

:  Civil File No. 11-1234 (ADC)

             Plaintiff,

:

:

      V.

:

UNION GENERAL DE TRABAJADORES,

           Defendant.  :

---------------------------------------------------------------

### PLAINTIFF'S MOTION FOR A JUDGMENT AND ORDER CERTIFYING THE RESULTS OF DEFENDANT'S ELECTION

COMES NOW the Plaintiff Secretary of Labor who states that the defendant Union General de Trabajadores conducted an election on Sunday, January 27, 2013 for the offices of President, Vice President, Secretary-Treasurer, Sub Secretary-Treasurer, Secretary of Organizing, Secretary of Education, Press and Propaganda, Vocal – Health Public Sector (three positions), Vocal – Health Private Sector, Vocal – Non Health Public Sector (three positions), and Vocal – Non Health Private Sector (one position) under the supervision of the plaintiff Secretary of Labor.  The parties had settled this case with a Settlement Stipulation and Order that was filed on January 12, 2012 and "So Ordered" on February 21, 2011 calling for the Secretary of Labor to supervise the January 2012 election.

The plaintiff has prepared a Certification of Election, certifying the names of the persons elected to the offices of President, Vice President, Secretary-Treasurer, Sub Secretary-Treasurer, Secretary of Organizing, Secretary of Education, Press and Propaganda, Secretary of Health and Security, Vocal – Health Public Sector (three positions), Vocal – Health Private Sector, Vocal –

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Seth D. Harris is substituted for Hilda L. Solis as Plaintiff.

Non Health Public Sector (three positions), and Vocal – Non Health Private Sector (one position), conducted by the defendant Union General de Trabajadores in the supervised election, and further certifying that the supervised election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of l959 (29 U.S.C. §481 *et seq.*), and in conformity with the Constitution and Bylaws of the defendant labor organization insofar as lawful and practicable;

Based upon the above discussion, the Secretary submits the proposed Judgment and Order along with the Certification of Election as an exhibit thereto that the persons named therein are the duly elected officers of Union General de Trabajadores and that they shall serve a three (3) year term of office as specified in the Union's Constitution and By-Laws and respectfully moves the Court to "So Order" the proposed Judgment and Order and Certification of Election, thereby bring this case to a conclusion.

DATED:      April 2, 2013
            New York, NY

<div style="margin-left:50%">

M. PATRICIA SMITH
Solicitor of Labor

PATRICIA M. RODENHAUSEN
Regional Solicitor


_____/s/_____
DARREN COHEN
U.S.D.C. ID No. G01014
Attorney
U.S. Department of Labor
Office of the Solicitor
201 Varick Street, Room 983
New York, NY 10014
Tel. (646) 264-3684
Fax (646) 264-3660 & 3670
Cohen.Darren@dol.gov

</div>